■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD EDWARD DURANT, Appellant.—Judgment of the Supreme Court, Suffolk County, rendered July 6, 1977, affirmed. No opinion. The case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, J. P., Damiani, Hawkins and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLORIA KNIGHT, Appellant.—Judgment of the County Court, Nassau County, rendered June 14, 1977, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, J. P., Shapiro, Cohalan and O'Connor, JJ., concur.